## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:11CR3111 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RUDOLPH DELEON, | ) | |
| | ) | |
| Defendant. | ) | |
| —————————————— | ) | —————————————— |
| | ) | |
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:12CV121 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | REASSIGNMENT |
| | ) | ORDER |
| $10,000.00 and $50,000.00 IN UNITED | ) | |
| STATES CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is the Notice of Related Case (Filing No. 5) filed by the government in Case No. 8:12CV121. After a review of the matter the court finds that the above cases are related.  Accordingly,

IT IS ORDERED that Case No. 8:12CV121, *United States of America v. $10,000.00 and $50,000.00 in United States Currency*, is reassigned to District Judge John M. Gerrard for disposition and assigned to Magistrate Judge Magistrate Judge Cheryl R. Zwart  for judicial supervision and processing of all pretrial matters.

SO ORDERED.

DATED this 9th day of April, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge