# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| United States of America | )  |
|---|---|
| v. | ) Case No: 4:11CR3111-001 |
| RUDOLPH DELEON | ) |
| | ) USM No: 24415-047 |
| Date of Original Judgment: 10/24/2012 | ) |
| Date of Previous Amended Judgment: | ) David R. Stickman |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  292  months **is reduced to**  262  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  10/24/2012  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  11/18/2015          s/ John M. Gerrard
                                  *Judge's signature*

Effective Date:  11/18/2015       John M. Gerrard, United States District Judge
*(if different from order date)*    *Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: RUDOLPH DELEON
CASE NUMBER: 4:11CR3111-001
DISTRICT: District of Nebraska

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 35          Amended Total Offense Level: *34
Criminal History Category: VI             Criminal History Category: VI
Previous Guideline Range: 292 to 365 months   Amended Guideline Range: 262 to 327 months

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

## III. ADDITIONAL COMMENTS

Filing nos. 114 and 115 are granted as provided herein.

* (4B1.1 established a BOL 37)  Defendant was determined to be a career offender which results in Defendant benefiting only by one point reduction as a result of the amendment.